RANDY L. ROYAL, TRUSTEE
CHAPTER 7 TRUSTEE
524 5TH AVE. SOUTH
P.O. BOX 551
GREYBULL, WY 82426
PHONE: (307) 765-4433
FAX: (307) 765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2011 OCT 24  PM 1: 27

TIM J. ELLIS

BY_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In Re:  )
    DALTON, DERRICK CARTER  )   Case No. 10-21177 PJM
    DALTON, TANYA LEE  )
  )
  )
  Debtor(s)  )

## TRANSMITTAL OF UNCLAIMED FUNDS

I, RANDY L. ROYAL, TRUSTEE, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| TOWN & COUNTY LEASING LLC | C/O JENNIFER D. GOULD, ESQUIRE, LAMM RUBENSTONE LLC, 3600 HORIZON BOULEVARD, S TREVOSE, PA 19053 | $1,839.50 |

3. That the Trustee's check for $1,839.50 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

DATED this 16 day of September, 2011.

_____
RANDY L. ROYAL, TRUSTEE, Trustee in Bankruptcy

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF WYOMING
### CHEYENNE DIVISION

# 60802      - JK

October 24, 2011
13:29:39

### UNCLAIM
### 10-21177

Debtor.: DERRICK CARTER DALTON
Judge..: PETER J. MCNIFF
Trustee: Randy Royal
Amount.:            $1,839.50 CH
Check#.: 113

Total->   $1,839.50

FROM: RANDY L. ROYAL
P.O. BOX 551
GREYBULL, WY   82426